PATRICK KAVANAGH #99829

ATTORNEY AT LAW

1331 L STREET

BAKERSFIELD, CA 93301

(661)322-5553

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br>RITA M. AGCAOILI<br>Debtor, | Case No. 19-15245-B-13K |
|---|---|

### ORDER CONFIRMING PLAN

The Chapter 13 Plan filed on 12/18/2019 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the debtor's attorney will seek approval of his fees by filing and serving an application in compliance with U.S.C. sections 329 and 330, and Fed. R. Bankr. P. 2002, 2016 and 2017.

///

///

///

RECEIVED
April 03, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006733744

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

- 3.07 of the Nonstandard provisions is stricken and replaced with:
    - Class 1 Carrington Mortgage Services arrearage dividend is $120.50 per month for months 6-60.
- The attorney's fee monthly dividend is $80.00 per month effective month 1.

Date: 3/29/2020

_____
Approved by PATRICK KAVANAGH

Date: 4/1/20

_____
Approved by the Chapter 13 Trustee as to form

Dated: Apr 03, 2020

By the Court

_____
René Lastreto II, Judge
United States Bankruptcy Court

2